UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Luis CASTILLO, Defendant–
Appellant.

No. 03–50225.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

Joseph H. Gay, Jr., Assistant US Attor-
ney, US Attorney's Office, San Antonio,
TX, for Plaintiff–Appellee.

Adrienne Urrutia, San Antonio, TX, for
Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA,
and DENNIS, Circuit Judges.

PER CURIAM.*

Jose Luis Castillo appeals his sentence
following his guilty plea conviction to con-

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

spiracy to distribute five kilograms or more of cocaine and possession with intent to distribute five kilograms or more of cocaine. He argues 1) that the district court abused its discretion when it denied his motion for a writ of habeas corpus ad testificandum for a co-defendant to be present at Castillo's sentencing hearing; 2) that the upward adjustment of his offense by two for his aggravated role in the offense was clear error; and 3) that the district court did not specify reasons for the adjustment.

Castillo received the statutory mandatory minimum sentence for his offenses. *See* 21 U.S.C. § 841(b)(1)(A). Any error with the district court's determination of Castillo's role in the offense, if any, is harmless error. *See Williams v. United States,* 503 U.S. 193, 203, 112 S.Ct. 1112, 117 L.Ed.2d 341 (1992); *see also United States v. Williams,* 22 F.3d 580, 582 (5th Cir.1994).

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.